ACCEPTED
12-15-00169CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/31/2015 4:17:18 PM
CATHY LUSK
CLERK

NO. 12-15-00169-CV

**IN THE COURT OF APPEALS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

**TWELFTH APPELLATE DISTRICT OF TEXAS** 8/31/2015 4:17:18 PM
**AT TYLER** CATHY S. LUSK
Clerk

**EARL ANDERSON, CARRIE BELL SCOTT, SHARON ANDERSON, EVANCE ANDERSON, BILL BURTON, WILLIE MAE ANDERSON AND JERRY J. ANDERSON (SMITH),**
**Appellants,**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

**V.**

8/31/2015 4:17:18 PM

CATHY S. LUSK
**ROBERT LOUIS DURHAM AND FRANK L. ZELLERS, III,** Clerk
**Appellees**

_____

On appeal from the 173rd District Court
Henderson County, Texas
Trial Court No. 2012A-0662

_____

**APPELLANTS' MOTION TO EXTEND TIME TO FILE BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

**NOW COME** Appellants, Earl Anderson, et al, pursuant to the Appellate Rules, and requests that the Court grant Appellant additional time in which to file APPELLANT'S BRIEF.

I.

The deadline for filing APPELLANTS' BRIEF is August 10, 2015.

II.

Appellants have been unable to file APPELLANTS' BRIEF for the following reasons, which constitute good cause for the extension of time under the Appellate Rules: Appellants timely filed their brief

APPELLANTS' MOTION TO EXTEND TIME        Page 1

on August 10, 2015 but inadvertently failed to file a certificate of compliance as required by Tex. R. App. P. 9.4(i)(3). Said failure is a technical defect, however, Appellants' counsel received a notice that the brief was accepted and did not receive the Clerk's notice to supplement the brief. Appellants' counsel did not realize that the brief was defective until the second notice received on August 26, 2015.

III.

This extension of time is sought so that justice may be done, and not for purposes of delay. Appellants' Brief was timely served on Appellee and Appellants' Brief complies with the word count limit. Therefore, Appellee suffered no harm by Appellants' failure to include a certificate of compliance.

IV.

Granting this request for an enlargement of time to file will not unduly delay the appeal.

V.

Appellant requests until September 8, 2015 to file APPELLANTS' BRIEF.

**WHEREFORE, PREMISES CONSIDERED,** Appellant requests the Court to grant until September 8, 2015 to file APPELLANTS' BRIEF.

Respectfully submitted,

*Lana Johnson*

**LANA JOHNSON**
**Texas Bar No. 10763650**
**P. O. Box 816325**
**Dallas, TX  75381-6325**
**Tel. (903) 646-0672**
**Fax. (866) 447-7148**
**Attorney for Appellants**

### CERTIFICATE OF CONFERENCE

On August 30, 2015, the undersigned attorney conferred with counsel for Appellee regarding the Motion to Extend Time by e-mail and it is unopposed.

### **CERTIFICATE OF SERVICE**

I certify that on August 30, 2015 a true and correct copy of MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF was served by e-mail on the Cope Law Firm.

*Lana Johnson*
LANA JOHNSON